FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0273

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0273

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                            O R D E R

RANDY S. LAEDEKE,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Randy S. Laedeke, to all counsel of record, and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 3 2020